UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
WINSTON POSADAS,

                              Plaintiff,

      -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                              Defendant.
---------------------------------------------------------------X

JUDGMENT
05-CV- 4415 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on July 7, 2006, remanding the case to the Commissioner for further proceedings consistent with the Court's opinion dated June 29, 2006; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered remanding the case to the Commissioner for further proceedings consistent with the Court's opinion dated June 29, 2006.

Dated: Brooklyn, New York
         July 11, 2006

                                                ROBERT C. HEINEMANN
                                                Clerk of Court